**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 31, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00723-CV

---

### GIL RAMIREZ, SR., Appellant

### V.

### AMERICAN FIRST NATIONAL BANK, Appellee

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2014-25602**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed July 22, 2014. On August 27, 2015, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby and Brown.